## STATEMENT OF FACTS

On Metropolitan Police Department Officers Jack Riegal and Andrew Wolf were on patrol eastbound in the 600 block of Florida Avenue, NW when Officer Riegal noticed an individual (W-1) attempting to flag down the officers. When Officers Riegal and Wolf approached W-1, W-1 stated something to the effect of "This guy just shot into the air, he's walking over there." W-1 then pointed eastbound on Florida Ave. NW. W-1 then gave the officers a description of the suspect as a black male wearing red pants.

At this point, Officers Riegal and Wolf exited their cruiser and began to canvas on foot for the suspect. As they canvased, a civilian told the officers that the suspect had turned northbound on 6th Street NW. Officer Wolf proceeded up 6th Street NW and then turned into an alley, at which point he saw the suspect, as described by W-1, as he concealed an object in his front waistband with his hands. Once the suspect saw Officer Wolf, he fled down the alley and jumped backyard fences to escape.

Once Officers Wolf and Riegal lost sign of the suspect, they called as lookout over the radio for the suspect, including last known location and direction. At that time, MPD Mountain Bike Officers Brenda Burke and Gregory McCourt were in the area and responded. Officer McCourt made contact with the suspect traveling down an alley off Florida Ave. NW and 7th Street NW. Officer McCourt issued several lawful commands to the suspect to stop fleeing, which the suspect ignored as he continued his flight. Officer McCourt followed the suspect down an alley in the rear of 1827 Wiltberger Street. While following the suspect, Officer McCourt saw the defendant discard a firearm into a blue recycle bin that was partially open in the alley. The suspect continued down the alley and ignored all lawful commands to stop. Officer Burke approached the suspect on her mountain bike and with Officer McCourt performed a takedown of the suspect who still refused to follow lawful commands.

Once the suspect was in custody, Officer McCourt retraced his steps and found a black handgun in the recycle can. The firearm was a black Springfield Armory, Hellcat model 9mm handgun with a 15 round capacity magazine with five 9mm rounds in the magazine. The suspect identified himself as DARRIAN TABBS (DOB: 06/09/1996)

After the suspect was in custody, MPD Officer Riegal interviewed V-1, who stated that he and other individuals were hired to help move furniture and were working at 635 Florida Ave NW, when he saw TABBS urinating on a public sidewalk. V-1 told TABBS not to do that and a verbal argument ensued between V-1 and TABBS. TABBS then struck V-1 in the face with his hand. TABBS then walked over to a parked car and got into the driver seat. V-1 followed TABBS to the car, at which point another physical altercation ensued. V-1 stated that another individual who was with TABBS began assaulting V-1. V-1 then left the parked car and returned to the crosswalk that crossed Boher Street NW, where the car was parked. TABBS then exited the car with the handgun and confronted V-1. V-1 stated that TABBS smacked him with the handgun multiple times in the face, before walking eastbound on Florida Ave. NW. As TABBS walked away, V-1 stated that TABBS fired a single shot in the air.

Your Affiant reviewed surveillance video from the area and confirmed that TABBS hit V-1 with a handgun multiple times in the face and then as TABBS walked away, he fired a single shot in the air. One of the videos your Affiant reviewed included sound, and the single shot could be heard on the video.

TABBS has been convicted of an offense punishable by more than a year imprisonment. Specifically, on November 17, 2023, TABBS was convicted of Carrying a Pistol Without a License in D.C. Superior Court Case No. 2023-CF2-003379 and was sentenced to 12 months' imprisonment, with 9 months' suspended, and supervised probation of 1 year. As a result, TABBS was aware that he had been convicted of an offense punishable by more than a year imprisonment.

No firearms or ammunition are manufactured within Washington, D.C., therefore all of the firearms and ammunition referenced above traveled in or affected interstate commerce.

Respectfully Submitted,

Detective Robert Arroyo
Metropolitan Police Department

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on August 9, 2024.

_____
HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE